HAUSWIRTH, Administratrix, and another, Plaintiffs, vs WITTENBERG and others, Respondents: SCHILLER and another, Impleaded Defendants and Appellants.

For the appellants: *Sawyer & Gehl* of Hartford, attorneys, and *Rouiller, Dougherty, Arnold & Kivett* of Milwaukee of counsel.

For the respondents: *Quarles, Spence & Quarles* of Milwaukee and *W. F. Schanen* of Port Washington, attorneys, and *Kenneth P. Grubb* and *Lawson Adams,* both of Milwaukee, of counsel.

*By the Court.*—Judgment affirmed.

SOBCZYNSKI, Respondent, vs. HARABURDA, Appellant.

For the appellant: *Culbertson & McPhee* of Stanley.
For the respondent: *Rush & Devos* of Neillsville.
*By the Court.*—Judgment affirmed.

ESTATE OF SHEPHERD: BIGELOW, Claimant, Appellant, vs. SHEPHERD and another, Executors, Respondents.

For the appellant: *Elton S. Karrmann,* attorney, and *E. E. Burns* of counsel, both of Platteville.

For the respondents: *David Gardner, Jr.,* attorney, and *Kopp & Brunckhorst* of counsel, all of Platteville.

*By the Court.*—Judgment affirmed.